IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
BUDDY PARKER,                    )
                                 )
            Plaintiff,           )          8:15CV186
                                 )
     v.                          )
                                 )
CAROLYN W. COLVIN, Acting        )          ORDER
Commissioner of the Social       )
Security Administration,         )
                                 )
            Defendant.           )
_____)
```

This matter is before the Court on defendant's motion

for extension of time (Filing No. 27).  The Court finds the

motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; defendant

shall have until March 30, 2016, to respond to plaintiff's brief.

DATED this 9th day of March, 2016.

                         BY THE COURT:

                         /s/ Lyle E. Strom
                         _____
                         LYLE E. STROM, Senior Judge
                         United States District Court